UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD C. LOYER, | Case No. 8:19-cv-00491-PSG-JC |
| Plaintiff, | |
| v. | JUDGMENT |
| TUSTIN POLICE DEPARTMENT, | |
| Defendant. | |

In accordance with the Order Dismissing Action without Prejudice, IT IS ADJUDGED that this action is dismissed without prejudice.

IT IS SO ADJUDGED.

DATED: 4/24/2019

_____

HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE